or mitigation in cases of homicide, neither in the particular charge here excepted to, nor in the entire charge.

*W. P. Whelchel, Ed. Quillian,* and *B. P. Gaillard Jr.,* for plaintiff in error.

*R. A. Denny, attorney-general, J. G. Collins, solicitor-general,* and *Graham Wright, asst. atty.-gen.,* contra.

---

## HOUSTON *et al. v.* DAVIS.

GEORGE, J. Under the pleadings and the evidence the court did not abuse his discretion in granting an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2408. NOVEMBER 17, 1921.

Injunction. Before Judge Worrill. Miller superior court. December 21, 1920.

*A. H. Gray,* for plaintiffs in error. *W. I. Geer,* contra.

---

## WIMBERLY *v.* ROSS *et al.*

HILL, J. 1. The petition is not multifarious. *Brown* v. *Wilcox,* 147 *Ga.* 546 (3) (94 S. E. 993); *Georgia Peruvian Ochre Co.* v. *Cherokee Ochre Co.,* 152 *Ga.* 150 (108 S. E. 609).

2. The parties plaintiff, as heirs at law of Eleanor J. Sabra could maintain the suit under the allegations contained in the petition as amended. *Allen* v. *Hurst,* 120 *Ga.* 763 (48 S. E. 341); Civil Code (1910), §§ 3929, 3933.

3. The petition set forth a cause of action for the cancellation of the deed from Sara Ann Ross to the defendant, Laura R. Wimberly.

4. Properly construed, there was no inconsistency between the prayers of the original petition and of the amendment.

5. Equity, having taken jurisdiction of the case for one purpose, will retain it for all purposes as made by the petition.

6. The judge did not err in overruling the demurrers, both general and special, to the petition as amended.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent because of sickness.*

No. 2427. NOVEMBER 17, 1921.

Equitable petition. Before Judge Malcolm D. Jones. Bibb superior court. January 8, 1921.